UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Cr 25-322 NEB/EMB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>(1) BRETT JAMES OBERG,<br>(2) KYLIE ELIZABETH FELDICK, and<br>(3) TIMOTHY LEE EXLEY,<br><br>　　　　　Defendants. | INDICTMENT<br><br>18 U.S.C. § 2251(a)<br>18 U.S.C. § 2251(e)<br>18 U.S.C. § 2252(a)(2)<br>18 U.S.C. § 2252(b)(1)<br>18 U.S.C. § 2253(a)<br>18 U.S.C. § 2253(b) |

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
(Aiding and Abetting Production of Child Pornography)

On or about August 25, 2024, in the State and District of Minnesota, the defendants,

**BRETT JAMES OBERG,** and
**KYLIE ELIZABETH FELDICK,**

aiding and abetting each other, and being aided and abetted by others known and unknown to the grand jury, attempted to and did employ, use, persuade, entice, and coerce, Minor Victim 1 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing or having reason to know that such visual depictions were produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cell phone or video camera, to wit:

SCANNED
AUG 2 6 2025
U.S. DISTRICT COURT MPLS

*United States v. Brett James Oberg, et al.*

| DATE | DESCRIPTION OF COMPUTER FILE |
|---|---|
| Aug. 25, 2024 | A video file approximately 33 seconds in duration depicting Minor Victim 1 engaged in a sexual act |

all in violation of Title 18, United States Code, Sections 2, 2251(a), and 2251(e).

## COUNT 2
### (Production of Child Pornography)

On or about August 13, 2024, in the State and District of Minnesota, the defendant,

### KYLIE ELIZABETH FELDICK,

attempted to and did knowingly employ, use, persuade, induce, entice, and coerce Minor Victim 2 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing or having reason to know that such visual depictions were produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cell phone, to wit:

| DATE | DESCRIPTION OF COMPUTER FILE |
|---|---|
| Aug. 13, 2024 | A video file approximately 56 seconds in duration depicting Minor Victim 2 engaged in a sexual act |

all in violation of Title 18, United States Code, Section 2251(a) and 2251(e).

## COUNT 3
### (Production of Child Pornography)

On or about June 28, 2024, in the State and District of Minnesota, the defendant,

### BRETT JAMES OBERG,

2

*United States v. Brett James Oberg, et al.*

attempted to and did knowingly employ, use, persuade, induce, entice, and coerce Minor Victim 3 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing or having reason to know that such visual depictions were produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cell phone, to wit:

| DATE | DESCRIPTION OF COMPUTER FILE |
|---|---|
| Jun. 28, 2024 | A video file approximately 2 minutes and 7 seconds in duration depicting Minor Victim 3 engaged in a sexual act |

all in violation of Title 18, United States Code, Section 2251(a) and 2251(e).

## COUNT 4
### (Production of Child Pornography)

On or about August 27, 2024, in the State and District of Minnesota, the defendant,

**BRETT JAMES OBERG**,

attempted to and did knowingly employ, use, persuade, induce, entice, and coerce Minor Victim 4 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing or having reason to know that such visual depictions were produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cell phone, to wit:

| DATE | DESCRIPTION OF COMPUTER FILE |
|---|---|
| Aug. 27, 2024 | A video file approximately 39 seconds in duration depicting Minor Victim 4 engaged in sexually explicit conduct |

*United States v. Brett James Oberg, et al.*

all in violation of Title 18, United States Code, Section 2251(a) and 2251(e).

## COUNT 5
(Aiding and Abetting Production of Child Pornography)

On or about August 25, 2024, in the State and District of Minnesota and elsewhere, the defendants,

**BRETT JAMES OBERG** and
**TIMOTHY LEE EXLEY,**

aiding and abetting each other, and being aided and abetted by others known and unknown to the grand jury, attempted to and did employ, use, persuade, entice, and coerce, Minor Victim 1 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing or having reason to know that such visual depictions were produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cell phone or video camera, to wit:

| DATE | DESCRIPTION OF COMPUTER FILE |
|---|---|
| Aug. 25, 2024 | A video file approximately 33 seconds in duration depicting Minor Victim 1 engaged in a sexual act |

all in violation of Title 18, United States Code, Sections 2, 2251(a), and 2251(e).

## COUNT 6
(Aiding and Abetting Production of Child Pornography)

On or about July 4, 2024, in the State and District of Minnesota and elsewhere, the defendants,

**BRETT JAMES OBERG** and
**TIMOTHY LEE EXLEY,**

*United States v, Brett James Oberg, et al.*

aiding and abetting each other, and being aided and abetted by others known and unknown, attempted to and did employ, use, persuade, entice, and coerce, Minor Victim 3 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing or having reason to know that such visual depictions were produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cell phone or video camera, to wit:

| DATE | DESCRIPTION OF COMPUTER FILE |
|---|---|
| Jul. 4, 2024 | A video file approximately 5 seconds in duration depicting Minor Victim 3 engaged in a sexual act |

all in violation of Title 18, United States Code, Sections 2, 2251(a), and 2251(e).

## COUNT 7
(Distribution and Receipt of Child Pornography)

On or about August 25, 2024, in the State and District of Minnesota, the defendants,

**BRETT JAMES OBERG** and
**KYLIE ELIZABETH FELDICK,**

aiding and abetting each other, and being aided and abetted by others known and unknown to the grand jury, did knowingly distribute and receive a visual depiction using a means and facility of interstate and foreign commerce and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means including by cellular telephone or computer device, where the production of such visual depiction involved the use of a

*United States v. Brett James Oberg, et al.*

minor engaging in sexually explicit conduct and such visual depiction was of such conduct, to wit:

| DATE | DESCRIPTION OF COMPUTER FILE |
|---|---|
| Aug. 25, 2024 | A video file approximately 33 seconds in duration depicting Minor Victim 1 engaged in a sexual act |

all in violation of Title 18, United States Code, Sections 2, 2252(a)(2), and 2252(b)(1).

## COUNT 8
(Distribution and Receipt of Child Pornography)

On or about July 4, 2024, in the State and District of Minnesota and elsewhere, the defendants,

**BRETT JAMES OBERG** and
**TIMOTHY LEE EXLEY,**

aiding and abetting each other, and being aided and abetted by others known and unknown to the grand jury, did knowingly distribute and receive a visual depiction using a means and facility of interstate and foreign commerce and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means including by cellular telephone or computer device, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct, to wit:

| DATE | DESCRIPTION OF COMPUTER FILE |
|---|---|
| Jul. 4, 2024 | A video file approximately 5 seconds in duration depicting Minor Victim 3 engaged in a sexual act |

*United States v, Brett James Oberg, et al.*

all in violation of Title 18, United States Code, Sections 2, 2252(a)(2), and 2252(b)(1).

## COUNT 9
(Distribution and Receipt of Child Pornography)

On or about August 27, 2024, in the State and District of Minnesota and elsewhere, the defendants,

**BRETT JAMES OBERG** and
**TIMOTHY LEE EXLEY,**

aiding and abetting each other, and being aided and abetted by others known and unknown to the grand jury, did knowingly distribute and receive a visual depiction using a means and facility of interstate and foreign commerce and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means including by cellular telephone or computer device, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct, to wit:

| DATE | DESCRIPTION OF COMPUTER FILE |
|---|---|
| Aug. 27, 2024 | A video file approximately 39 seconds in duration depicting Minor Victim 4 engaged in sexually explicit conduct |

all in violation of Title 18, United States Code, Sections 2, 2252(a)(2), and 2252(b)(1).

## FORFEITURE ALLEGATIONS

*United States v, Brett James Oberg, et al.*

If convicted of the offenses alleged in Counts 1 through 9 in this Indictment, defendants **BRETT JAMES OBERG, KYLIE ELIZABETH FELDICK, and TIMOTHY LEE EXLEY** shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

(1)   any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code;

(2)   any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and

(3)   any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

The property subject to forfeiture includes, but is not limited to, (1) an Apple iPhone in red wallet case; (2) a Night Owl DVR system; (3) a clear custom PC Desktop computer; (4) a Dell Inspiron laptop; (5) a 320GB external hard drive; (6) a flash drive; and (7) an Apple iPhone SE, S/N JNYF4HM2PG.

If the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by

*United States v. Brett James Oberg, et al.*

Title 18, United States Code, Section 2253(b).

A TRUE BILL

_____    _____
ACTING UNITED STATES ATTORNEY                FOREPERSON